IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00141-WDM-PAC

JAMES E. SIMS,

        Applicant,

v.

GARY WATKINS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2005

GREGORY C. LANGHAM
CLERK

ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

    Applicant has filed a notice of appeal from my final order denying his application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 18th day of October, 2005.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO